IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re:
**CECIL H. LEWIS Jr., and**
**JENNIFER LEWIS,**
                Debtors.
_____/

Case No. 08-61679 wsd
Chapter 13
HON. WALTER SHAPERO

## DEBTORS' OBJECTION TO THE PROOF OF CLAIM OF eCAST SETTLEMENT CORPORATION (PACER CLAIM NO. 7)

**NOW COME** the Debtors, **CECIL H. LEWIS and JENNIFER LEWIS**, by their attorney, GREGORY T. OSMENT, and pursuant to LBR 3007-1 objects to the Proof of Claim held by eCAST SETTLEMENT CORPORATION (PACER Claim No. 7), and in support thereof states as follows:

1. The Proof of Claim held by eCast Settlement Corpioration (PACER Claim No. 7) filed on October 13, 2008 claims a secured claim of $1,350.00 and an unsecured claim of $356.52 and states that the basis for perfection: PMSI.

2. Debtors, upon their personal knowledge, do not believe they have a secured obligation due and owing to this Creditor in the amount of $1,350.00 and do not believe they have an unsecured obligation in the amount of $356.52.

3. That the documents attached to their claim fail to account for the recovery, sale and application of the proceeds from the sale of the subject collateral as they are required to provide to the Debtors as a condition of pursuing a deficiency balance claim against the Debtors under the laws of the State of Michigan.

**WHEREFORE**, the Debtors prays that this Honorable Court disallow the Proof of Claim held by eCast Settlement Corporation (PACER Claim No. 7) filed on October 13, 2008 in its entirety and grant any further and other relief as this Court deems equitable and just.

DATED: January 30, 2013 /s/Gregory T. Osment
GREGORY T. OSMENT  P41385
Attorney for Debtors
13 Washington Street
Monroe, MI  48161
(734) 242-4441
gtoesq@sbcglobal.net

**IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT**

In re:
**CECIL H. LEWIS Jr., and**         Case No. 08-61679 wsd
**JENNIFER LEWIS,**                 Chapter 13
               Debtors.    HON. WALTER SHAPERO
_____/

**(PROPOSED)
ORDER DISALLOWING THE PROOF OF CLAIM OF
eCAST SETTLEMENT CORPORATION
(PACER CLAIM #7)**

This matter came on for hearing upon the Objection to Proof of Claim filed by the Debtors pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the Proof of Claim held by eCast Settlement Corporation (PACER Claim No. 7) filed on October 13, 2008 in the amount of a secured claim of $1,350.00 and an unsecured claim of $356.52 is disallowed.

IT IS FURTHER ORDERED that to the extent the Trustee has disbursed any funds to this Creditor on this claim, the Trustee shall not be required to recoup said funds.

IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In re:
**CECIL H. LEWIS Jr., and**   Case No. 08-61679 wsd
**JENNIFER LEWIS,**   Chapter 13
               Debtors.   HON. WALTER SHAPERO
_____/

**NOTICE OF OBJECTION TO CLAIM OF
eCAST SETTLEMENT CORPORATION
(PACER CLAIM NO. 7)**

PLEASE TAKE NOTICE that the Debtors through his attorney Gregory T. Osment have filed with the Court the attached Objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to deny or change your claim, then on or before March 5, 2013 you or your lawyer must:

1. File with the court a written response to the objection, explaining your position at:*    United States Bankruptcy Court
   211 W. Fort Street, Ste. 2100
   Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
   Gregory T. Osment & Associates, 13 Washington Street, Monroe, MI 48161
   Tammy L. Terry, 535 Griswold, Suite 2100., Detroit, MI 48226.

2. Attend the hearing on the Objection, scheduled to be held on March 11, 2013 at 11:00 am. in Courtroom 1042, U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan, 48226 unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing' will be canceled, and the objection sustained.**

Dated: January 30, 2013         /s/Gregory T. Osment
                                Gregory T. Osment P41385
                                13 Washington Street
                                Monroe, MI 48161

**IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT**

**In re:**
**CECIL H. LEWIS Jr., and**          Case No. 08-61679 wsd
**JENNIFER LEWIS,**          Chapter 13
         Debtors.          HON. WALTER SHAPERO
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2013, I served the following paper: *Debtors' Objection to the Proof of Claim of eCast Settlement Corporation (Pacer Claim No. 7), Proposed Order Disallowing the Proof of Claim of eCast Settlement Corporation (Pacer Claim No. 7), Notice of Objection to Claim of eCast Settlement Corporation (Pacer Claim No. 7),* and this *Certificate of Service* on the following parties at these addresses:

eCast Settlement Corporation, C/O Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712.

By the following means:

U.S. Postal Service.

Dated: January 30, 2013          /s/ Gregory T. Osment
         Gregory T. Osment(P41385)
         Attorney for Debtor(s)
         13 Washington St.
         Monroe, MI. 48161
         (734) 242-4441
         gtoesq@sbcglobal.net